SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
CLIFTON WALKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>            Plaintiff,<br><br>   vs.<br><br>CLASSIC PETROLEUM INC. D/B/A AS SHELL; DANIEL SAWAYA, AS TRUSTEE OF SAWAYA FAMILY TRUST; and DOES 1 through 10,<br><br>            Defendants. | **Case No.: 2:20-cv-06137 RGK (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DANIEL SAWAYA, AS TRUSTEE OF SAWAYA FAMILY TRUST** |

**PLEASE TAKE NOTICE** that Plaintiff CLIFTON WALKER ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant DANIEL SAWAYA, AS TRUSTEE OF SAWAYA FAMILY TRUST ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: January 26, 2021    SO. CAL. EQUAL ACCESS GROUP

By: */s/  Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff