UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-06137-RGK-SK | Date | January 27, 2021 |
|---|---|---|---|
| Title | Clifton Walker v. Classic Petroleum Inc., et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE RESPONSE TO ORDER TO SHOW CAUSE**

The Court has reviewed the proof of service [14] and notice of dismissal [15] that were filed in response to the Order to Show Cause [13]. Plaintiff shall show cause in writing, not later than February 1, 2021 regarding the failure to file any proof of service within 5 days of serving the summons and complaint as ordered in this Court's Standing Order Regarding Newly Assigned Cases [8]. Plaintiff shall file a Request for Default by the Clerk as to defendant Classic Petroleum, Inc. on or before February 1, 2021.

**IT IS SO ORDERED.**

                                                                                                                     : 

Initials of Preparer    slw