JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER, | Case No. 2:20-cv-06137-RGK-SK |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| CLASSIC PETROLEUM, INC., et al., | |
| Defendant(s). | |

　　On January 27, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) [16]. Plaintiff's response to the OSC was due on or before February 1, 2021. As of this date, no response has been filed, therefore, the Court orders the matter dismissed for lack of prosecution.

　　**IT IS SO ORDERED.**

Dated: February 5, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE